**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
**CIVIL ACTION NO.: 4:25-CV-00184-BJB-HBB**

**RYAN ALVEY** **PLAINTIFF**

**VS.**

**MATTHEW 25 AIDS SERVICES, INC., et al** **DEFENDANT**

**MEMORANDUM OPINION & ORDER**

Before the Court are Plaintiff's three motions: DN 30, a motion for leave to file a Second Amended Complaint out of time; DN 31, a motion for leave to file a Second Amended Complaint, and; DN 32 a motion for appointment of counsel. Defendant Matthew 25 AIDS Services, Inc. has filed a consolidated Response at DN 33 and Defendants Commonwealth of Kentucky Cabinet for Health and Family Services and Kentucky Department for Public Health have filed joint Responses at DN 34 and 35. Plaintiff has replied at DN 36.

The Defendants' oppositions to DN 30 and 32 are adequately briefed. However, in opposing the motion for leave to file a Second Amended Complaint, DN 31, Matthew 25 AIDS Services, Inc. has raised the issue of futility of amendment as the tendered Second Amended Complaint seeks to reassert claims previously dismissed by this Court (*See* DN 33 at p. 8-10). In his Reply, the Plaintiff indicates he wishes to correct errors in the tendered Second Amended Complaint and indicates certain claims are withdrawn (DN 36). Rather than attempt to review the tendered Second Amended Complaint and parse the revisions indicated in DN 36, the Plaintiff is directed, within 14 days of this Order, to file a revised tendered Second Amended Complaint.

Should the Defendants believe the revised tendered pleading gives rise to additional arguments not set forth in their previous Responses, they may file them no later than 14 days following the filing of the revised pleading, however, the Court will not benefit from rehashing arguments already made.

As an aside, Matthew 25 AIDS Services, Inc. has indicated in its Response some issues associated with scheduling and Plaintiff's responses to discovery. Rather than raise the issue in a pleading, the better course is to request a telephonic conference with the Court to address any discovery issues.

It is hereby **ORDERED**.

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

October 9, 2026

Copies: Counsel